IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald Fithen, et al.,

    Plaintiffs,

vs.

City of Gahanna, Ohio,

et al.,

    Defendants.

Case No. 2:09-CV-777

Judge Michael H. Watson
Magistrate Judge King

## ORDER

On October 16, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiffs' *Motion to Remand* be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiffs' *Motion to Remand*, Doc. No. 8, is hereby **DENIED**.

                                            Michael H. Watson, Judge
                                            United States District Court